

**FILED**

4/29/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cr-00213
Judge Georgia N. Alexakis
Magistrate Judge Heather K. McShain
RANDOM / Cat. 5

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRITTNEY CAMPBELL, NORTH CAROLINA STATE BAR NO. 31433
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, I.D. 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

DAVID F. SCOLLAN, DISTRICT OF COLUMBIA BAR NO. 90020232
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CRIMINAL DIVISION, TAX SECTION
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0009
TELEPHONE: (202) 805-6142

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTANY PLAHM<br><br>Defendant. | Case No. 1:25-cr-208-AKB-3<br><br>**CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE (UNDER RULE 20)** |

I, Brittany Plahm, defendant, have been informed that an indictment is pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Illinois, and to waive trial in the above captioned District.

Dated: _3/4_, 2026

_____
BRITTANY PLAHM
Defendant

TERENCE H. CAMPBELL
Cotsirilos, Poulous, & Campbell, Ltd
55 East Monroe St., Suite 3250
Chicago, I.L. 60603
Telephone (312) 263-0345
Email: tcampbell@cotsiriloslaw.com

BRITINEY CAMPBELL
Assistant U.S. Attorney

DAVID F. SCOLLAN
Trial Attorney

Approved:

Digitally signed by BART
DAVIS
Date: 2026.04.27 17:00:26
-06'00'

BART M. DAVIS
United States Attorney
District of Idaho

ANDREW BOUTROS
Digitally signed by
ANDREW BOUTROS
Date: 2026.04.09
09:16:56 -05'00'

ANDREW S. BOUTROS
United States Attorney
Northern District of Illinois

1:26-cr-00213
Judge Georgia N. Alexakis
Magistrate Judge Heather K. McShain
RANDOM / Cat. 5

LC25,PROTO,TERMED,TRANSF

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.8 (Boise - Southern)
## CRIMINAL DOCKET FOR CASE #: 1:25-cr-00208-AKB All Defendants

Case title: USA v. Shannon et al

Date Filed: 07/08/2025

Assigned to: Judge Amanda K Brailsford

**Defendant (1)**

**Andrea Shannon**                              represented by    **Gustav A Rosenheim**
PO Box 966
Boise, ID 83701
(208) 343-1171
Email: info@rosenheimlaw.com
*TERMINATED: 04/07/2026*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**John Charles DeFranco**
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd.
Boise, ID 83712
(208) 336-1843
Email: jcd@greyhawklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                               **Disposition**

CONSPIRACY TO COMMIT WIRE
FRAUD
(1)
WIRE FRAUD
(5-7)
FALSE CLAIMS
(9-12)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                            **Disposition**

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Judge Amanda K Brailsford

## Defendant (2)

**Kent Shannon**                                    represented by    **Angela Chang**
Bartlett Law
1002 W. Franklin St.
Boise, ID 83702
208-629-2311
Email: angela@bartlettdefense.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| CONSPIRACY TO COMMIT WIRE FRAUD (1) | |
| WIRE FRAUD (2-4) | |
| FALSE CLAIMS (8) | |
| FALSE CLAIMS (10-12) | |
| MONEY LAUNDERING (13-20) | |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

**Defendant (3)**

**Brittany Plahm**
*TERMINATED: 04/28/2026*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT WIRE FRAUD (1) | Transferred to Northern District of Illinois. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Amanda K Brailsford

**Defendant (4)**

**Sherita Chandler**              represented by   **Dinko Hadzic**
Atkinson Law Office PLLC
1087 W. River St.
Ste 290
Boise, ID 83702
208-602-1505
Fax: 208-898-8881
Email: dinko@craigatkinsonlaw.com
*TERMINATED: 04/27/2026*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Elisa G Massoth**
Elisa G. Massoth, PLLC.
14 S. Main Street, Suite 200
P. O. Box 1003
Payette, ID 83661
208-642-3797
Fax: 208-642-3799
Email: emassoth@kmrs.net
*LEAD ATTORNEY*

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT WIRE FRAUD (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Amanda K Brailsford

**Defendant (5)**

| **Monika Skinger** | represented by | **Abigail Louise Thiry** |
|---|---|---|

represented by   **Abigail Louise Thiry**
Federal Defender Services of Idaho
702 West Idaho
Suite 1000
Boise, ID 83646
208-331-5524
Email: abigail_thiry@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Idaho Federal Defender**
Federal Defender Services of Idaho Inc
702 West Idaho Street, Suite 1000
Boise, ID 83702
(208) 331-5500
Email: joy_fish@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Melissa Winberg**
FEDERAL DEFENDER SERVICES OF
IDAHO

Query    Reports    Utilities    Help    What's New    Log Out

208-331-5500
Fax: 208-331-5525
Email: melissa_winberg@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**          **Disposition**

CONSPIRACY TO COMMIT WIRE
FRAUD
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**          **Disposition**

None

---

**Plaintiff**

**USA**          represented by    **Brittney Campbell**
DOJ-USAO
District of Idaho
1290 W. Myrtle Street
Ste 500
Boise, ID 83702
208-334-1717
Email: brittney.campbell2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David Scollan**
DOJ-Tax
Criminal Division, Tax Section
950 Pennsylvania Ave., NW
Washington, DC 20530
202-805-6142
Email: david.scollan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

U.S. Attorney's Office
1290 W. Myrtle
Boise, ID 83702
208-334-1499
Email: david.morse@usdoj.gov
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2025 | 2 | INDICTMENT (Notice sent to USM) as to Andrea Shannon (1) count(s) 1, 5-7, 9-12, Kent Shannon (2) count(s) 1, 2-4, 8, 10-12, 13-20, Brittany Plahm (3) count(s) 1, Sherita Chandler (4) count(s) 1, Monika Skinger (5) count(s) 1. (Attachments: # 1 Cover Sheets, # 2 Service Information Sheets, # 3 Sealed Foreperson Signature) (km) (Entered: 07/09/2025) |
| 07/22/2025 | 8 | DOCKET TEXT NOTICE OF HEARING as to Andrea Shannon. (Notice sent to USP & USM) Initial Apperance/Arraignment set for 7/25/2025 11:00 AM in Boise - Courtroom 7 before US Magistrate Judge Raymond E. Patricco. (st) |
| 07/22/2025 | 9 | DOCKET TEXT NOTICE OF HEARING as to Kent Shannon. (Notice sent to USP & USM) Initial Appearance/Arraignment set for 7/25/2025 11:30 AM in Boise - Courtroom 7 before US Magistrate Judge Raymond E. Patricco. (st) |
| 07/22/2025 | 10 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 07/25/2025 in case as to Andrea Shannon. (hs) (Entered: 07/25/2025) |
| 07/22/2025 | 11 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 07/25/2025 in case as to Kent Shannon. (hs) (Entered: 07/25/2025) |
| 07/22/2025 | 12 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 07/25/2025 in case as to Sherita Chandler. (hs) (Entered: 07/25/2025) |
| 07/22/2025 | 13 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 07/25/2025 in case as to Monika Skinger. (hs) (Entered: 07/25/2025) |
| 07/22/2025 | 33 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 08/04/2025 in case as to Monika Skinger. (hs) (Entered: 08/05/2025) |
| 07/25/2025 | 14 | Rule 5(c)(3) Documents Received as to Sherita Chandler (Notice sent to USP & USM) (Attachments: # 1 Minutes, # 2 Waiver of Rule 5 Hearing, # 3 Order of Removal)(hs) |
| 07/25/2025 | 15 | Minute Entry for proceedings held before US Magistrate Judge Raymond E. Patricco: Initial Appearance and Arraignment as to Kent Shannon (2) Count 1,2-4,8,10-12,13-20 held on 7/25/2025. Plea entered: Not Guilty (Notice sent to USP & USM). Order Setting Conditions of Release to be entered. (ESR B. Fifer.) Audio File Location Boise - Courtroom 7. (bf) (Main Document 15 replaced on 7/25/2025) (bf). |
| 07/25/2025 | 16 | Minute Entry for proceedings held before US Magistrate Judge Raymond E. Patricco: Initial Appearance and Arraignment as to Andrea Shannon (1) Count 1,5-7,9-12 held on 7/25/2025. Plea entered: Not Guilty (Notice sent to USP & USM). Order Setting Conditions of Release to be entered. (ESR B. Fifer.) Audio File Location Boise - Courtroom 7. (bf) |
| 07/25/2025 | 17 | DOCKET TEXT PROCEDURAL ORDER AND NOTICE SETTING TRIAL: as to Andrea Shannon and Kent Shannon. The Defendant and Government hereby select the standard reciprocal discovery elections. Search Warrant(s) were executed in this matter. |

| | | |
|---|---|---|
| | | #423. It is so ordered Jury Trial set for 9/8/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford. Telephonic Pretrial Conference set for 8/28/2025 04:00 PM before Judge Amanda K Brailsford. Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (bf) |
| 07/25/2025 | 18 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Andrea Shannon and Kent Shannon: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (bf) |
| 07/25/2025 | 19 | CJA 23 Financial Affidavit by Andrea Shannon (hs) |
| 07/25/2025 | 20 | ORDER Setting Conditions of Release as to Andrea Shannon (Notice sent to USP & USM). Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 07/25/2025 | 21 | CJA 23 Financial Affidavit by Kent Shannon (hs) |
| 07/25/2025 | 22 | ORDER Setting Conditions of Release as to Kent Shannon (Notice sent to USP & USM). Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 07/25/2025 | 23 | ORDER FOR INSTALLMENT PAYMENTS AS CONTRIBUTION TO COSTS OF APPOINTED COUNSEL as to Kent Shannon (Notice sent to USM, Finance) IT IS HEREBY ORDERED that Defendant shall make payments of $300.00 per month to the court for deposit in the Treasury as a reimbursement to the appropriation, current at the time of payment, to carry out the provisions of 18 U.S.C. § 3006A. Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 07/25/2025 | 31 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 08/04/2025 in case as to Kent Shannon. (hs) (Entered: 08/05/2025) |
| 07/25/2025 | 32 | ARREST Warrant Returned Executed. Warrant Returned was filed with the Clerks Office on 08/04/2025 in case as to Andrea Shannon. (hs) (Entered: 08/05/2025) |
| 07/28/2025 | 24 | NOTICE re: 2024R00496 by Brittany Plahm (Attachments: # 1 Notice of Conditional Appearance and Venue Objection, # 2 Motion to Stay or Transfer Venue, # 3 Affidavit, # 4 Envelope)(jd) |
| 07/28/2025 | | Surrender of Passport as to Kent Shannon; Passport Number 554484362 issued by USA (Notice sent to USP) (jd) (Entered: 07/29/2025) |
| 07/28/2025 | | Surrender of Passport as to Andrea Shannon; Passport Number 676803642 issued by USA (Notice sent to USP) (jd) (Entered: 07/29/2025) |
| 07/29/2025 | 25 | PRETRIAL SERVICES REPORT *(SEALED)* as to Andrea Shannon. (available to USA, Andrea Shannon) RESTRICTED TO COUNSEL AND COURT (sw) |
| 07/29/2025 | 26 | PRETRIAL SERVICES REPORT *(SEALED)* as to Kent Shannon. (available to USA, Kent Shannon) RESTRICTED TO COUNSEL AND COURT (sw) |

Query    Reports    Utilities    Help    What's New    Log Out

| 07/30/2025 | 28 | MOTION to Quash Warrant by Brittany Plahm. (Attachments: # 1 Cover Letter, # 2 Exhibit, # 3 Envelope)(jd) Modified on 7/31/2025, mailed copies per request in SASE (jd). (Entered: 07/31/2025) |
| 07/31/2025 | 29 | ORDER DENYING MOTION TO QUASH (Notice sent to USM) as to Brittany Plahm (3) IT IS ORDERED: Defendant Brittany Plahm's Motion to Quash (Dkt. 28 ) is DENIED. Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 08/01/2025 | 30 | NOTICE OF ATTORNEY APPEARANCE David James Morse appearing for USA. *NOTICE OF APPEARANCE* (Notice sent to USM) (Morse, David) |
| 08/05/2025 | 34 | Rule 5(c)(3) Documents Received as to Monika Skinger (Notice sent to USP & USM) (Attachments: # 1 Order and Mins, # 2 Financial Affidavit, # 3 Appearance Bond, # 4 Order Setting Conditions of Release)(hs) |
| 08/05/2025 | 35 | DOCKET ENTRY NOTICE OF HEARING as to Sherita Chandler (Notice sent to USP & USM) Initial Appearance/Arraignment set for 8/12/2025 02:00 PM in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham. (at) |
| 08/05/2025 | 36 | DOCKET ENTRY NOTICE OF HEARING as to Monika Skinger (Notice sent to USP & USM) Initial Appearance/Arraignment set for 8/12/2025 02:30 PM in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham. (at) |
| 08/06/2025 | 37 | NOTICE OF ATTORNEY APPEARANCE David James Morse appearing for USA. *NOTICE OF APPEARANCE* (Notice sent to USM) (Morse, David) |
| 08/11/2025 | 38 | DOCKET ENTRY NOTICE VACATING HEARING as to Monika Skinger - Per the request of defense counsel in this matter, the Initial Appearance/Arraignment currently set for 8/12/2025 02:30 PM in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham is hereby VACATED and will be later re-set by separate notice. (Notice sent to USP & USM) (at) |
| 08/12/2025 | 42 | Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Brittney Campbell for the Government; CJA Counsel Dinko Hadzic appointed for the Defendant. Probation Officer Collin Graf present. Initial Appearance/Arraignment as to Sherita Chandler (4) Count 1 held on 8/12/2025. Court Reviewed CJA23 Financial Affidavit. Plea entered Not Guilty. Rights advised. Notice given re GO#392. (Notice sent to USP & USM) (Jury Trial set for 10/6/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 9/25/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford.) Defendant released on same conditions previously imposed by the Southern District of Florida, Dkt. 14-3. Time in Court 1:58-2:09 PM. (ESR A. Tate.) Audio File Location Boise - Courtroom 6. (at) (Entered: 08/15/2025) |
| 08/12/2025 | 43 | DOCKET TEXT PROCEDURAL ORDER AND NOTICE SETTING TRIAL: as to Sherita Chandler. The Defendant and Government hereby select the standard reciprocal discovery elections. Search Warrant(s) were executed in this matter. Government does not object to release and production of related materials. Parties shall adhere to all provisions of the Criminal Procedural Order, as listed in General Order #423. It is so ordered. (Jury Trial set for 10/6/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 9/25/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford. A telephonic pretrial conference shall be held and the government is directed to initiate the conference call |

| | | |
|---|---|---|
| 08/12/2025 | 44 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Sherita Chandler: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 08/15/2025) |
| 08/12/2025 | 45 | CJA 23 Financial Affidavit by Sherita Chandler (at) (Entered: 08/15/2025) |
| 08/13/2025 | 39 | Unopposed MOTION to Appoint Counsel - *Coordinating Discovery Attorney* by Kent Shannon as to Andrea Shannon, Kent Shannon, Brittany Plahm, Sherita Chandler, Monika Skinger. (Chang, Angela) |
| 08/13/2025 | 40 | MOTION to Seal *Ex Parte Declaration of Elizabeth Daniel Vazquez in support of Motion for Coordinating Discovery Attorney* by Kent Shannon as to Andrea Shannon, Kent Shannon, Brittany Plahm, Sherita Chandler, Monika Skinger. (Chang, Angela) |
| 08/18/2025 | 46 | ORDER RESETTING JURY TRIAL as to Andrea Shannon, Kent Shannon, Sherita Chandler (Notice sent to USM) IT IS HEREBY ORDERED: The prior trial date for Defendants Andrea and Kent Shannon of September 8, 2025, is VACATED, and their trials are RESET for October 6, 2025, at 1:30 p.m., in Boise, Idaho. This trial date applies to all defendants who have appeared. All defendants who have appeared will be on the same Speedy Trial Act clock. The period of time between Defendants Shannons prior trial date and the new trial date is deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6)-(7). The Telephonic Pretrial Conference for all defendants who have appeared shall be on September 25, 2025, at 4:00 p.m. All pretrial motions shall be filed on or before August 22, 2025. Signed by Judge Amanda K Brailsford.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 08/19/2025 | 47 | First MOTION to Continue *Jury Trial* by Andrea Shannon. (Rosenheim, Gustav) |
| 08/19/2025 | 48 | First MOTION to Continue *Jury Trial* by Andrea Shannon. (Attachments: # 1 Affidavit of Gustav Rosenheim ISO Motion to Continue Jury Trial)(Rosenheim, Gustav) |
| 08/20/2025 | 49 | PRETRIAL SERVICES REPORT - SD/FL *(SEALED)* as to Sherita Chandler. (available to USA, Sherita Chandler) RESTRICTED TO COUNSEL AND COURT (sw) |
| 08/20/2025 | 50 | ADDENDUM TO THE PRETRIAL SERVICES REPORT *(SEALED)* as to Sherita Chandler. (available to USA, Sherita Chandler) RESTRICTED TO COUNSEL AND COURT (sw) |
| 08/20/2025 | 51 | ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL as to Andrea Shannon, Kent Shannon, Sherita Chandler (Notice sent to USM) IT IS HEREBY ORDERED that the Unopposed Motions to Continue Jury Trial (Dkt. 47 ; Dkt. 48 ) shall be, and the same are hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for February 9, 2026, at 1:30 p.m. in the United States Courthouse in Boise, Idaho. IT IS FURTHER ORDERED that the period of time between the filing of the motions to continue and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B). IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on January 29, 2026, at 4:00 p.m. (mountain time). IT IS FURTHER ORDERED that all pretrial motions, except motions in limine, shall be filed on or before December 26, 2025. Motions in limine shall be filed on or before January 9, 2026. Signed by Judge Amanda K Brailsford.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |

| | | |
|---|---|---|
| | | Elizabeth Daniel Vasquez of E. Daniel Vasquez Consulting, LLC, is appointed as Coordinating Discovery Attorney for court-appointed defense counsel. Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 08/25/2025 | 53 | ORDER re: 40 Motion to Seal as to Andrea Shannon (1), Kent Shannon (2), Brittany Plahm (3), Sherita Chandler (4), Monika Skinger (5). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 08/25/2025 | 54 | Unopposed MOTION for Protective Order *for Discovery* by USA as to Andrea Shannon. (Campbell, Brittney) |
| 08/25/2025 | 55 | Unopposed MOTION for Protective Order *for Discovery* by USA as to Kent Shannon. (Campbell, Brittney) |
| 08/25/2025 | 56 | Unopposed MOTION for Protective Order *for Discovery* by USA as to Sherita Chandler. (Campbell, Brittney) |
| 08/26/2025 | 57 | ORDER re: 54 Motion for Protective Order (Notice sent to USM) as to Andrea Shannon (1). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 08/26/2025 | 59 | ORDER granting 56 Motion for Protective Order (Notice sent to USM) as to Sherita Chandler (4). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (km) (Entered: 08/28/2025) |
| 08/27/2025 | 58 | ORDER granting 55 Stipulated Motion for Protective Order (Notice sent to USM) as to Kent Shannon (2). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (km) |
| 08/28/2025 | 60 | DOCKET ENTRY NOTICE OF HEARING as to Brittany Plahm (Notice sent to USP & USM) Initial Appearance/Arraignment set for 9/8/2025 01:00 PM MT in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham. Defendant to appear remotely from the Northern District of Illinois - Chicago - Courtroom 1944D. Counsel for Defendant to provide client notice re: date/time for hearing and courtroom location. (at) |
| 08/28/2025 | 61 | DOCKET ENTRY NOTICE OF HEARING as to Monika Skinger (Notice sent to USP & USM) Initial Appearance/Arraignment set for 9/8/2025 01:30 PM MT in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham. Defendant to appear remotely from the Northern District of Illinois - Chicago - Courtroom 1944D. Counsel for Defendant to provide client notice re: date/time for hearing and courtroom location. (at) |
| 09/08/2025 | 62 | Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Brittney Campbell for the Government; Retained Counsel Terence Campbell present, though not admitted to federal bar in Idaho. Pro Hac Vice documents forthcoming. Defendant appeared Pro Se for this hearing only (via Zoom from Northern District of Illinois - Chicago). Probation Officer Collin Graf present. Video Initial Appearance/Arraignment as to Brittany Plahm (3) Count 1 held on 9/8/2025. Plea entered Not Guilty. Rights advised. Notice given re GO#392. (Notice sent to USP & USM) (Jury Trial set for 11/17/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 11/6/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford.) No Motion for Detention filed by the Government. Parties stipulate to release conditions proposed by |

| | | |
|---|---|---|
| | | 9/10/2025 to reflect correct hearing date (at). (Entered: 09/10/2025) |
| 09/08/2025 | 63 | DOCKET TEXT PROCEDURAL ORDER AND NOTICE SETTING TRIAL: as to Brittany Plahm. The Defendant and Government hereby select the standard reciprocal discovery elections. Search Warrant(s) were executed in this matter. Government does not object to release and production of related materials. Parties shall adhere to all provisions of the Criminal Procedural Order, as listed in General Order #423. It is so ordered. (Jury Trial set for 11/17/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 11/6/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford. A telephonic pretrial conference shall be held and the government is directed to initiate the conference call with opposing counsel on the line to 208-334-9205.) Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 09/10/2025) |
| 09/08/2025 | 64 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Brittany Plahm: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 09/10/2025) |
| 09/08/2025 | 65 | ORDER Setting Conditions of Release as to Brittany Plahm (Notice sent to USP & USM). Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 09/10/2025) |
| 09/08/2025 | 66 | Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Brittney Campbell for the Government; Federal Defender Abigail Thiry appointed for the Defendant. Defendant appeared via Zoom from Northern District of Illinois - Chicago. Probation Officer was Collin Graf present. Video Initial Appearance/Arraignment as to Monika Skinger (5) Count 1 held on 9/8/2025. Court Reviewed CJA23 Financial Affidavit. Assertion of Fifth and Sixth Amendment Rights executed. Plea entered Not Guilty. Rights advised. Notice given re GO#392. (Notice sent to USP & USM) (Jury Trial set for 11/17/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 11/6/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford.) Order Setting Conditions of Release previously entered in the Northern District of Illinois, Dkt. 34-4, shall remain in effect. Time in Court 1:32-1:43 PM MT. (ESR A. Tate.) Audio File Location Boise - Courtroom 6. (at) (Entered: 09/10/2025) |
| 09/08/2025 | 67 | DOCKET TEXT PROCEDURAL ORDER AND NOTICE SETTING TRIAL: as to Monika Skinger. The Defendant and Government hereby select the standard reciprocal discovery elections. Search Warrant(s) were executed in this matter. Government does not object to release and production of related materials. Parties shall adhere to all provisions of the Criminal Procedural Order, as listed in General Order #423. It is so ordered. (Jury Trial set for 11/17/2025 01:30 PM in Boise - Courtroom 2 before Judge Amanda K Brailsford, Telephonic Pretrial Conference set for 11/6/2025 04:00 PM Telephonic Hearing - Boise Chambers before Judge Amanda K Brailsford. A telephonic pretrial conference shall be held and the government is directed to initiate the conference call with opposing counsel on the line to 208-334-9205.) Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 09/10/2025) |
| 09/08/2025 | 68 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Monika Skinger. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or |

Query    Reports    Utilities    Help    What's New    Log Out

| 09/08/2025 | 69 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Monika Skinger: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at) (Entered: 09/10/2025) |
|---|---|---|
| 09/08/2025 | 70 | CJA 23 Financial Affidavit by Monika Skinger (at) (Entered: 09/10/2025) |
| 09/08/2025 | 71 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Monika Skinger (at) (Entered: 09/10/2025) |
| 09/12/2025 | 72 | ORDER RESETTING JURY TRIAL as to Brittany Plahm, Monika Skinger (Notice sent to USM) IT IS HEREBY ORDERED: The prior trial date for Defendants Plahm and Skinger of November 17, 2025, is VACATED, and trial is RESET for February 9, 2026, at 1:30 p.m., in Boise, Idaho. This trial date applies to all defendants who have appeared. All defendants who have appeared will be on the same Speedy Trial Act clock. The period of time between Defendants Plahm and Skinger's prior trial date and the new trial date is deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6)-(7). The Telephonic Pretrial Conference for all defendants who have appeared shall be on January 29, 2026, at 4:00 p.m. All pretrial motions shall be filed on or before December 26, 2025. Motions in limine shall be filed on or before January 9, 2026. Signed by Judge Amanda K Brailsford.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 09/15/2025 | 73 | PRETRAIL SERVICES REPORT - ND/IL *(SEALED)* as to Monika Skinger. (available to USA, Monika Skinger) RESTRICTED TO COUNSEL AND COURT (sw) |
| 09/15/2025 | 74 | ADDENDUM TO THE PRETRIAL SERVICES REPORT *(SEALED)* as to Monika Skinger. (available to USA, Monika Skinger) RESTRICTED TO COUNSEL AND COURT (sw) |
| 09/15/2025 | 75 | PRETRIAL SERVICES REPORT *(SEALED)* as to Brittany Plahm. (available to USA, Brittany Plahm) RESTRICTED TO COUNSEL AND COURT (sw) |
| 09/17/2025 | 76 | MOTION to Modify Conditions of Release (Notice sent to USP) by Sherita Chandler. (Attachments: # 1 Proposed Order)(Hadzic, Dinko) |
| 09/17/2025 | | Surrender of Passport as to Monika Skinger; Passport Number A20232101 issued by USA (Notice sent to USP) (hs) (Entered: 09/24/2025) |
| 09/18/2025 | 77 | Consent MOTION for Protective Order *for Discovery* by USA as to Monika Skinger. (Campbell, Brittney) |
| 09/18/2025 | 78 | ORDER re 77 Motion for Protective Order (Notice sent to USM) as to Monika Skinger (5). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 09/18/2025 | 79 | ORDER AMENDING CONDITIONS OF RELEASE re 76 Motion to Modify Conditions of Release (Notice sent to USP & USM) as to Sherita Chandler (4). Signed by US Magistrate Judge Debora K Grasham. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) (Entered: 09/19/2025) |
| 12/17/2025 | 80 | MOTION to Modify Conditions of Release (Notice sent to USP) by Sherita Chandler. (Hadzic, Dinko) |
| 12/19/2025 | 81 | ORDER (Notice sent to USP & USM) as to Sherita Chandler (4) - the Motion to Modify Conditions of Release (Dkt. 80 ) is GRANTED. Standard Release Condition No. 2 and |

| | | |
|---|---|---|
| | | December 20, 2025 through December 30, 2025, subject to advanced approval by the United States Probation Officer of her travel plans and housing arrangements. Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) **emailed to counsel and PO Kinsel. |
| 12/22/2025 | 82 | MOTION to Continue by Sherita Chandler. (Hadzic, Dinko) |
| 12/29/2025 | 83 | ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL (Notice sent to USM & USP) as to Sherita Chandler (4). IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 82 ) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for June 22, 2026, at 1:30 p.m. in the United States Courthouse in Boise, Idaho. The period of time between the filing of the motion to continue and the new trial date shall be deemed EXCLUDABLE TIME under the Speedy Trial Act. The current trial readiness conference shall be VACATED, and a new trial readiness conference will be conducted by telephone on June 11, 2026, at 4:00 p.m. (mountain time). Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (km) |
| 01/09/2026 | 84 | NOTICE - For Lodging as Evidence, by Andrea Shannon (hs) |
| 01/09/2026 | 85 | NOTICE - For Lodging as Evidence, by Kent Shannon (hs) |
| 01/13/2026 | | NOTICE TO COURT that counsel David Morse wishes to no longer be noticed electronically on this case as of the date of this notice. (Morse, David) |
| 02/04/2026 | 86 | NOTICE OF ATTORNEY APPEARANCE: Abigail Louise Thiry appearing for Monika Skinger (Notice sent to USM) (Thiry, Abigail) |
| 02/04/2026 | 87 | NOTICE OF ATTORNEY APPEARANCE: Melissa Winberg appearing for Monika Skinger *Notice of Appearance and Association of Co-Counsel* (Notice sent to USM) (Winberg, Melissa) |
| 04/06/2026 | 88 | First MOTION to Withdraw as Attorney by Gustav Rosenheim. Request to Turn Electronic Noticing OFF (no longer receive NEFs in this case only) by Attorney by Andrea Shannon. (Attachments: # 1 Affidavit 2026.04.06 Affidavit of Gus Rosenhiem ISO Motion to Withdraw - Shannon)(Rosenheim, Gustav) |
| 04/07/2026 | 89 | ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL. Gustav A Rosenheim withdrawn from case. (Notice sent to USM) as to Andrea Shannon (1) IT IS HEREBY ORDERED the Motion to Withdraw (Dkt. 88 ) is GRANTED, and counsel is permitted to withdraw. The Clerk shall appoint new counsel for Defendant Andrea Shannon. Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 04/07/2026 | 90 | ORDER APPOINTING CJA Counsel, John DeFranco, as to Andrea Shannon. (Notice sent to USM). Signed by Judge Amanda K Brailsford.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 04/10/2026 | 91 | Consent MOTION for Protective Order *Governing Discovery* by USA as to Andrea Shannon. (Campbell, Brittney) |
| 04/10/2026 | 92 | ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER (Notice sent to USM) as to Andrea Shannon (1) IT IS HEREBY ORDERED that the Stipulated |

Query     Reports     Utilities     Help     What's New     Log Out

| | | |
|---|---|---|
| | | Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 04/24/2026 | 93 | MOTION to Withdraw as Attorney Request to Turn Electronic Noticing OFF (no longer receive NEFs in this case only) by Attorney by Sherita Chandler. (Hadzic, Dinko) |
| 04/24/2026 | 94 | SEALED MOTION by Sherita Chandler. (Hadzic, Dinko) |
| 04/27/2026 | 95 | ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL as to Sherita Chandler (4) IT IS HEREBY ORDERED the Motion for Leave to Withdraw as Counsel of Record (Dkt. 93 ) is hereby GRANTED, and counsel is permitted to withdraw. The Clerk shall appoint new counsel for Defendant. Signed by Judge Amanda K Brailsford. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |
| 04/28/2026 | 96 | NOTICE *Consent to Transfer of Case For Plea and Sentencing (Rule 20)* by USA as to Brittany Plahm (Campbell, Brittney) |
| 04/28/2026 | 97 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of Illinois Counts closed as to Brittany Plahm (3) Count 1. (Notice sent to USP & USM) (km) (Entered: 04/29/2026) |
| 04/29/2026 | 98 | Notice to Northern District of Illinois of a Rule 20 Consent to Transfer as to Brittany Plahm. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (km) |
| 05/01/2026 | 99 | LETTER re Counsel, filed by Sherita Chandler. (hs) (Additional attachment(s) added on 5/1/2026: # 1 Envelope) (hs). |
| 05/07/2026 | 100 | ORDER APPOINTING CJA Counsel, Elisa Massoth, as to Sherita Chandler. (Notice sent to USM). Signed by Judge Amanda K Brailsford.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (hs) |

JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
BRITTNEY CAMPBELL, NORTH CAROLINA STATE BAR NO. 31433
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, I.D. 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

**U.S. COURTS**

**JUL 0 8 2025**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

DAVID F. SCOLLAN, DISTRICT OF COLUMBIA BAR NO. 90020232
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
150 M ST NE, ROOM 2.410
WASHINGTON, D.C. 20002-4797
TELEPHONE: (202) 305-3190
FACSIMILE: (202) 514-9623

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA SHANNON, KENT SHANNON, BRITTANY PLAHM, SHERITA CHANDLER, and MONIKA SKINGER,<br><br>Defendants. | Case No. 1:25-cr-208-AKB<br><br>**INDICTMENT**<br><br>18 U.S.C. § 287<br>18 U.S.C. § 1343<br>18 U.S.C. § 1349<br>18 U.S.C. § 1957<br>18 U.S.C. § 981(a)(1)(A)<br>18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a) |

The Grand Jury charges:

At times relevant to this Indictment:

**INDICTMENT - 1**

## Introduction and Background

I.     Defendants and Unindicted Conspirators

1.     Defendants ANDREA SHANNON and KENT SHANNON were residents of Idaho.

2.     Defendant MONIKA SKINGER was a resident of Illinois.

3.     Defendant BRITTANY PLAHM was a resident of Illinois.

4.     Defendant SHERITA CHANDLER was a resident of Florida.

5.     The DEFENDANTS acted with others both known and unknown to the grand jury, including but not limited to the following:

   a.  Unindicted Conspirator 1 ("UC-1"), a resident of California.

   b.  Unindicted Conspirator 2 ("UC-2"), a resident of Texas.

   c.  Unindicted Conspirator 3 ("UC-3"), a resident of California.

   d.  Unindicted Conspirator 4 ("UC-4"), a resident of Georgia.

   e.  Unindicted Conspirator 5 ("UC-5"), a resident of New York.

   f.  Unindicted Conspirator 6 ("UC-6"), a resident of Maine.

II.    Internal Revenue Service and Internal Revenue Service Forms

6.     The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

7.     IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

8.     IRS Form 1040-X, Amended U.S. Individual Income Tax Return ("Form 1040-X"), was used by U.S. taxpayers to file an amended annual income tax return.

INDICTMENT - 2

9.  IRS Form 1041, U.S. Income Tax Return for Estates and Trusts ("Form 1041"), was used by the fiduciary of a domestic decedent's estate, trust, or bankruptcy estate to report, among other things, the income, deductions, gains and losses of an estate or trust.

III.  Definitions

10.  The term "fictitious financial instrument," as used in this Indictment, refers to fraudulent checks, fraudulent money orders, fraudulent payment vouchers, and other fraudulent documents purporting to be legitimate financial instruments prepared by the conspirators and submitted to the IRS.

11.  The term "negotiable instrument" ("NI") was used by the conspirators to refer to their various fictitious financial instruments.

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### 18 U.S.C. § 1349

12.  The Grand Jury re-alleges and incorporates by reference the factual allegations in paragraphs one through 11 of this Indictment.

13.  Beginning in or around at least February 2023 and continuing to at least in or around October 2024, the exact dates being unknown to the Grand Jury, in the District of Idaho and elsewhere, the DEFENDANTS, ANDREA SHANNON, KENT SHANNON, BRITTANY PLAHM, SHERITA CHANDLER, and MONIKA SKINGER, together with others known and unknown to the Grand Jury, including UC-1, UC-2, UC-3, UC-4, UC-5, and UC-6 (the "conspirators"), did knowingly and intentionally combine, conspire, confederate, agree to commit wire fraud, that is: devise and intend to devise a scheme and artifice to defraud, as to material matters, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, in so doing,

INDICTMENT - 3

caused interstate and foreign wire communications to be made, in furtherance of the scheme and artifice to defraud, in violation of 18 U.S.C. § 1343.

## Object of the Conspiracy

14. It was an object of the conspiracy for the DEFENDANTS, ANDREA SHANNON, KENT SHANNON, BRITTANY PLAHM, MONIKA SKINGER, SHERITA CHANDLER, and their conspirators to unlawfully enrich themselves by submitting false tax returns and fictitious financial instruments to the IRS to fraudulently obtain refunds that they were not otherwise entitled to receive. The fictitious financial instruments were sometimes characterized as payments to the IRS on false Forms 1040, Forms 1040-X, and Forms 1041 that fraudulently claimed refunds. Other times, the fictitious financial instruments were simply sent to the IRS to be credited to an individual's IRS account. In both cases, the DEFENDANTS and conspirators intended for the IRS to issue a U.S. Treasury check or electronic payment refunding the supposed overpayment.

## Manner and Means

15. The DEFENDANTS, ANDREA SHANNON, KENT SHANNON, BRITTANY PLAHM, MONIKA SKINGER, SHERITA CHANDLER, and their conspirators carried out the conspiracy through the following manner and means, among others:

   a. Utilizing interstate wires to (1) communicate about submitting fictitious financial instruments to the IRS; (2) communicate about submitting false tax returns to the IRS; (3) fraudulently obtain payments from the IRS, including wire transfers from the U.S. Department of the Treasury into their bank accounts; (4) wire fraudulently obtained proceeds to other conspirators, family members, and other bank accounts

INDICTMENT - 4

controlled by the conspirators; and (5) transmit templates of fictitious financial instruments to other conspirators;

      b.     Submitting at least 101 fictitious financial instruments totaling approximately $57 million to the IRS with the goal of fraudulently obtaining refunds;

      c.     Making recordings of, and sharing content about, informational sessions via Telegram to educate and assist each other and other individuals about preparing and submitting fictitious financial instruments;

      d.     Preparing and aiding and assisting others in the preparation of, and filing and causing to be filed, false Forms 1040, Forms 1040-X, and Forms 1041;

      e.     Opening bank accounts in the name of supposed trusts for the purpose of receiving fraudulently obtained refunds;

      f.     Depositing and causing to be deposited the fraudulently obtained refunds into bank accounts under their control and then disbursing and causing to be disbursed these refunds, including to wire transfers to each other individually and through their associated entities;

      g.     Advising one another about means of obstructing the IRS's ability to recoup the fraudulently obtained funds, such as by purchasing real and personal property, including vehicles and homes in the District of Idaho and elsewhere;

      h.     Communicating via text messages, Telegram messages, emails, and video conference calls to exchange information about their scheme. In these messages,

**INDICTMENT - 5**

emails, and calls, the conspirators discussed the preparation, filing, and submission of false tax returns and fictitious financial instruments to the IRS. For example:

1) Some of the conspirators communicated among themselves via text messages in a text message group titled "Superwomen 2.0."

2) BRITTANY PLAHM created a group Telegram message titled "NIs to the IRS," that is, negotiable instruments to the IRS, which included approximately 66 members, including ANDREA SHANNON, BRITTANY PLAHM, MONIKA SKINGER, SHERITA CHANDLER, UC-1, UC-2, UC-3, UC-4, UC-5, and UC-6.

i. Notarizing fraudulent documents for themselves and others to submit to the IRS to make the documents appear legitimate;

j. Obtaining, creating, and sharing, among themselves and with others, templates for fictitious financial instruments and correspondence to the IRS; and

k. After receiving notices from the IRS advising them that their fictitious financial instruments were dishonored, the conspirators submitted these notices back to the IRS with handwritten annotations attempting to convert those notices into additional fictitious financial instruments.

All in violation of 18 U.S.C. § 1349.

INDICTMENT - 6

## COUNTS TWO THROUGH FOUR
### Wire Fraud
### 18 U.S.C. § 1343

16.     The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs one through 11 and 15 of this Indictment.

17.     Beginning in or around at least October 2023 and continuing until at least in or around August 2024, in the District of Idaho and elsewhere, the defendant, KENT SHANNON, knowingly devised, and intended to devise, a scheme and artifice to defraud the IRS as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

18.     To further the objects and goals of the scheme, the defendant, KENT SHANNON, carried out the scheme through the manner and means described in paragraph 15 of this Indictment, among others.

### Executions of the Scheme

19.     On or about the dates set forth below, in the District of Idaho and elsewhere, the defendant, KENT SHANNON, for the purpose of executing, and attempting to execute the scheme described above, did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate commerce the writings, signs, signals and sounds described below for each count, each transmission constituting a separate count of this Indictment:

| Count | Date (on or about) | Interstate Wire Communication |
|---|---|---|
| 2 | May 31, 2024 | Electronic filing of Form 1040 for tax year 2023 with the IRS |
| 3 | August 26, 2024 | Wire transfer from U.S. Department of the Treasury of $238,087.22 to Financial Institution-1 account No. X2352 |

INDICTMENT - 7

| 4 | August 28, 2024 | Wire transfer from U.S. Department of the Treasury of $501,861.17 to Financial Institution-2 account No. X1628 |

All in violation of 18 U.S.C. § 1343.

## COUNTS FIVE THROUGH SEVEN
### Wire Fraud
### 18 U.S.C. § 1343

20. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs one through 11 and 15 of this Indictment.

21. Beginning in or around at least October 2023 and continuing until at least in or around August 2024, in the District of Idaho and elsewhere, the defendant, ANDREA SHANNON, knowingly devised, and intended to devise, a scheme and artifice to defraud the IRS as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

22. To further the objects and goals of the scheme, the defendant, ANDREA SHANNON, carried out the scheme through the manner and means described in paragraph 15 of this Indictment, among others.

### Executions of the Scheme

23. On or about the dates set forth below, in the District of Idaho and elsewhere, the defendant, ANDREA SHANNON, for the purpose of executing, and attempting to execute the scheme described above, did knowingly transmit, and cause to be transmitted, by means of wire communication in interstate commerce the writings, signs, signals and

INDICTMENT - 8

sounds described below for each count, each transmission constituting a separate count of this Indictment:

| Count | Date (on or about) | Interstate Wire Communication |
|---|---|---|
| 5 | May 17, 2024 | Electronic filing of Form 1040 for tax year 2023 with the IRS |
| 6 | August 26, 2024 | Wire transfer from U.S. Department of the Treasury of $238,087.22 to Financial Institution-1 account No. 2352 |
| 7 | August 28, 2024 | Wire transfer from U.S. Department of the Treasury of $501,861.17 to Financial Institution-2 account No. 1628 |

All in violation of 18 U.S.C. § 1343.

## COUNT EIGHT
### False Claims
### 18 U.S.C. § 287

24.     The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 11 of this Indictment.

25.     On or about the dates set forth below, in the District of Idaho, the defendant, KENT SHANNON, made and presented and caused to be made and presented to the Internal Revenue Service, an agency of the U.S. Department of the Treasury, claims against the United States for payment of a refund of taxes, knowing those claims to be false, fictitious, and fraudulent:

| Count | Tax Period | Tax Form | Taxpayer Name | Filing Date (on or about) | Refund Claimed |
|---|---|---|---|---|---|
| 8 | 2023 | Form 1040 | KENT SHANNON | 5/31/2024 | $976,000 |

All in violation of 18 U.S.C. § 287.

INDICTMENT - 9

## COUNT NINE

### False Claims
### 18 U.S.C. § 287

26.    The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 11 of this Indictment.

27.    On or about the dates set forth below, in the District of Idaho, ANDREA SHANNON, made and presented and caused to be made and presented to the Internal Revenue Service, an agency of the U.S. Department of the Treasury, claims against the United States for payment of a refund of taxes, knowing those claims to be false, fictitious, and fraudulent:

| Count | Tax Period | Tax Form | Taxpayer Name | Filing Date (on or about) | Refund Claimed |
|-------|-----------|----------|---------------|---------------------------|----------------|
| 9 | 2023 | Form 1040 | ANDREA SHANNON | 5/17/2024 | $589,000 |

All in violation of 18 U.S.C. § 287.

### COUNTS TEN THROUGH TWELVE
### False Claims
### 18 U.S.C. § 287

28.    The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 11 of this Indictment.

29.    On or about the dates set forth below, in the District of Idaho, the defendants, KENT SHANNON and ANDREA SHANNON, made and presented and caused to be made and presented to the Internal Revenue Service, an agency of the U.S. Department of

INDICTMENT - 10

the Treasury, claims against the United States for payment of a refund of taxes, knowing those claims to be false, fictitious, and fraudulent:

| Count | Tax Year | Tax Form | Taxpayer Name | Filing Date | Refund Claimed |
|-------|----------|----------|---------------|-------------|----------------|
| 10 | 2020 | Form 1040 | KENT SHANNON and ANDREA SHANNON | 11/8/2023 | $890,000 |
| 11 | 2021 | Form 1040 | KENT SHANNON and ANDREA SHANNON | 11/8/2023 | $945,000 |
| 12 | 2022 | Form 1040 | KENT SHANNON and ANDREA SHANNON | 11/10/2023 | $1,200,000 |

All in violation of 18 U.S.C. § 287.

## COUNTS THIRTEEN THROUGH TWENTY
### Money Laundering
### (Engaging in Monetary Transactions in Property Derived from Wire Fraud)
### 18 U.S.C. § 1957

30. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs one through 11, 15, 17 through 19, and 21 through 23 of this Indictment.

31. On or about the dates listed below, in the District of Idaho and elsewhere, the defendant, KENT SHANNON, did knowingly engage and attempt to engage in the monetary transactions indicated below by, through, and to a financial institution, affecting interstate commerce, knowing that such transactions involved criminally derived property of

INDICTMENT - 11

a value greater than $10,000, such property having been derived from a specified unlawful activity, that is wire fraud, in violation of 18 U.S.C. §1343:

| Count | Date (on or about) | Amount | Description of Monetary Transaction |
|---|---|---|---|
| 13 | August 27, 2024 | $90,700.40 | Cashier's check No. 590198 funded from Financial Institution-1 account No. 2352 made payable to Car Dealership-1 |
| 14 | August 27, 2024 | $90,700.40 | Purchase of 2022 Cadillac Escalade using Cashier's check No. 590198 |
| 15 | September 18, 2024 | $80,000 | Cashier's check No.449572 funded from Financial Institution-1 account No. 2352 made payable to KENT SHANNON |
| 16 | September 18, 2024 | $20,000 | Cash withdrawal from Financial Institution-1 account No. 2352 |
| 17 | August 29, 2024 | $200,000 | Wire transfer from Financial Institution-2 account No. 1628 to Financial Institution-2 account No. 5431 |
| 18 | August 29, 2024 | $144,149.32 | Cashier's check No. 455267 funded from Financial Institution-2 account No. 5431 made payable to Car Dealership-1 |
| 19 | August 29, 2024 | $144,149.32 | Purchase of GMC Truck Sierra 3500 AWD Crew Cab Pickup using cashier's check No. 455267 |
| 20 | September 4, 2024 | $30,000 | Wire transfer from Financial Institution-2 account No. 1628 to MONIKA SKINGER's Financial Institution-3 account No. 4925 |

All in violation of 18 U.S.C. § 1957.

## CRIMINAL FORFEITURE ALLEGATION(S)
### Fraud Forfeiture
### 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a)

Upon conviction of the offenses alleged in Counts One through Seven of this Indictment, the DEFENDANTS shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said

INDICTMENT - 12

DEFENDANTS obtained directly or indirectly as a result of the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

    a.    <u>Seized Personal Property:</u>

- Bank Account at Financial Institution-2 ending in x1628 in the amount of $269,016.92;

- Bank Account at Financial Institution-2 ending in x5431 in the amount of $35,151.51;

- Bank Account at Financial Institution-1 ending in x2352 in the amount of $18,285.99;

- Bank Account at Financial Institution-1 ending in x2352 in the amount of $80,000.00;

- 2024 GMC Truck Sierra 3500 4WD Crew Cab Pickup VIN: 1GT49WEY9RF336989; and

- 2022 Cadillac Escalade ESV VIN: 1GYS4PKL5NR174169.

    b.    <u>Real Property Subject to Forfeiture.</u> The real property, located as set forth below, including all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, and all equity in the same, as proceeds of the crime of conviction and derived from, and traceable to, proceeds:

- 24144 S Sunset Lakes Dr, Manhattan, IL 60442

LOT 151 SUNSET LAKES PHASE THREE, BEING A RESUBDIVIDION OF PART OF OUTLOT D IN SUNSET LAKES PHASE ONE, BEING A SUBDIVISION OF PART OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 34 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT THEREOF

INDICTMENT - 13

RECORDED DECEMBER 27, 2005 AS DOCUMENT NUMBER R2005-227817, IN WILL COUNTY, ILLINOIS.

c. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The DEFENDANTS obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the DEFENDANTS used to facilitate the offense, but based upon actions of the DEFENDANTS, the property was transferred, diminished, comingled, or is otherwise unavailable. The DEFENDANTS obtained and controlled at least $1,412,487 in unrecovered forfeitable property.

d. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of DEFENDANTS" up to the value of the DEFENDANTS' assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

**Money Laundering Forfeiture**
**18 U.S.C. § 981(a)(1)(A), § 982(a)(1), and 28 U.S.C. § 2461(c).**

Upon conviction of the offenses alleged in alleged in Counts 13 through 20 of this Indictment, the defendant, KENT SHANNON, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A), § 982(a)(1), and 28 U.S.C. § 2461(c), any

INDICTMENT - 14

property, real or personal, which constitutes or is derived from proceeds traceable to said violations; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses.

1.      If any of the property described above, as a result of any act or omission of the Defendants:

a.      Cannot be located upon the exercise of due diligence;

b.      Has been transferred or sold to, or deposited with, a third party;

c.      Has been placed beyond the jurisdiction of the court;

d.      Has been substantially diminished in value; or

e.      Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Dated this 8th day of July 2025.

A TRUE BILL

*/s/ [signature on reverse]*

_____

FOREPERSON

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

_____
BRITTNEY CAMPBELL
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 15**

# CRIMINAL COVERSHEET

| DEFENDANT'S NAME: **Andrea Shannon** | CASE INFORMATION: 1:25-cr-208-AKB |
|---|---|
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | U.S. COURTS |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | JUL 0 8 2025 |
| If YES, language: | Rcvd_____Filed_____Time_____ |
| | STEPHEN W. KENYON |
| | CLERK DISTRICT OF IDAHO |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT: Indictment**

| Felony: | **Yes** | Class A Misdemeanor: | **No** |
|---|---|---|---|
| | | Class B or C Misdemeanor: | **No** |
| | | (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | **Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 1343 | FIVE THROUGH SEVEN | **Wire Fraud** | **20 years, years supervised release, $ fine, $ Special Assessment** |
| 18 U.S.C. § 287 | NINE | **False Claims** | **5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 287 | TEN THROUGH TWELVE | **False Claims** | **5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a) | FORFEITURE | **Fraud Forfeiture** | **Forfeiture of Listed Property** |

Date: _____July 8, 2025_____   Assistant U.S. Attorney: __BRITTNEY CAMPBELL__

Telephone No.: __(208) 334-1211__

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Kent Shannon** | CASE INFORMATION: 1:25-cr-208-AKB |
| JUVENILE: No | RELATED COMPLAINT:  No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | U.S. COURTS |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | JUL 0 8 2025 |
| If YES, language: | Rcvd_____Filed_____Time_____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | |
|---|---|---|
| Felony: | **Yes** | Class A Misdemeanor: **No** |
| | | Class B or C Misdemeanor: **No** |
| | | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 | TWO THROUGH FOUR | Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 287 | EIGHT, TEN THROUGH TWELVE | False Claims | 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1957 | THIRTEEN THROUGH TWENTY | Money Laundering | 10 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a) | FORFEITURE | Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(A), 18 § 982(a)(1), and 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |

Date: _____July 8, 2025_____    Assistant U.S. Attorney:  BRITTNEY CAMPBELL

Telephone No.:  (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Brittany Plahm** | CASE INFORMATION: 1:25-cr-208-AKB |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | |
| If YES, language: | |

U.S. COURTS

JUL 0 8 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | |
|---|---|---|
| Felony: | **Yes** | Class A Misdemeanor: **No** |
| | | Class B or C Misdemeanor: **No** |
| | | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a) | FORFEITURE | Fraud Forfeiture | Forfeiture of Listed Property |

Date: July 8, 2025

Assistant U.S. Attorney: BRITTNEY CAMPBELL
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Sherita Chandler** | CASE INFORMATION: 1:25-CR-208-AKB |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | U.S. COURTS |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | JUL 0 8 2025 |
| If YES, language: | Rcvd_____ Filed_____ Time_____ |
| | STEPHEN W. KENYON |
| | CLERK, DISTRICT OF IDAHO |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | |
|---|---|
| Felony: **Yes** | Class A Misdemeanor: **No** |
| | Class B or C Misdemeanor: **No** |
| | (Petty Offense) |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a) | FORFEITURE | Fraud Forfeiture | Forfeiture of Listed Property |

Date: _____July 8, 2025_____

Assistant U.S. Attorney: BRITTNEY CAMPBELL

Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Monika Skinger** | CASE INFORMATION: 1·25·cr·208·AKB |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | **U.S. COURTS** |
| ISSUE: Yes | JUL 0 8 2025    County of Offense: **Ada** |
| INTERPRETER: No | Rcvd_____Filed_____Time_____ |
| If YES, language: | STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | |
|---|---|
| Felony:    **Yes** | Class A Misdemeanor: **No** |
| | Class B or C Misdemeanor: **No** |
| | (Petty Offense) |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | **Conspiracy to Commit Wire Fraud** | **Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c)/18 U.S.C. § 982(a) | **FORFEITURE** | **Fraud Forfeiture** | **Forfeiture of Listed Property** |

Date:    July 8, 2025      Assistant U.S. Attorney:    BRITTNEY CAMPBELL

Telephone No.:    (208) 334-1211